UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMON JOEL ADORNO,

    Plaintiff,

vs.

CASE NO.:

UNITED STATES POSTAL SERVICE,
and LEONOR ARZOLA, individually

    Defendants,
_____/

## COMPLAINT

Plaintiff, RAMON JOEL ADORNO ("**Plaintiff**"), by and through his undersigned counsel, hereby sues Defendants, UNITED STATES POSTAL SERVICE and LEONOR ARZOLA, and in support thereof alleges the following:

### Jurisdiction and Venue

1. This is an action for damages pursuant to the Federal Tort Claims Act ("FTCA") 28 U.S.C. §2671, et. seq.

2. At all times material hereto, Plaintiff was a resident of Pinellas County, Florida located withing the Middle District of Florida. The Tampa Division encompasses Pinellas County pursuant to Local Rule 1.02(b)(4).

3. Defendant United States Postal Service, as an independent establishment of the executive branch of the Government of the United States (39 U.S.C §409) in accordance with 28 U.S.C. §3004 and Fed. R. Civ. Proc. 4(i) may be served with process by serve of summons and complaint by registered or certified mail to the civil process clerk at the United States Attorney's Office for the Middle District of Florida and by serving a copy by registered or certified mail to the

Attorney General of the United States.

4. Upon information and belief, Leonor Arzola is a resident of Hillsborough County, Florida and is otherwise *sui juris*.

5. This Court has jurisdiction pursuant to 28 U.S.C.§1346.

6. Venue is proper in the Middle District pursuant to 28 U.S.C.§1391.

7. Plaintiff has complied with all conditions precedent to bringing this action including all pre-suit claims procedures under the FTCA or otherwise same has been waived.

## General Allegations

8. On or about May 14, 2018, Defendant, UNITED STATES POSTAL SERVICE, owned a a motor vehicle, which was operated with its consent by Defendant, LEONOR ARZOLA, at or near the intersection of Taliaferro Avenue N. and Chelsea Street E. in Hillsborough County, Florida.

9. Defendants, UNITED STATES POSTAL SERVICE and LEONOR ARZOLA, negligently operated or maintained the motor vehicle so that it collided with Plaintiff, RAMON JOEL ADORNO's vehicle.

10. As a result Plaintiff, RAMON JOEL ADORNO suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, RAMON JOEL ADORNO's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, RAMON JOEL ADORNO, respectfully requests this Honorable Court enter judgment against Defendants, UNITED STATES POSTAL SERVICE and LEONOR ARZOLA, for damages, costs, interest, and such other and further relief as this Honorable Court deems appropriate and just.

**Plaintiff respectfully demands trial by jury for all issues so triable.**

DATED this 6th day of April 2022.

SERVICE EMAIL:
eservice@blaxberglaw.com
jenna@blaxberglaw.com

/s/ William "Chip" Tieder, Esq.
Joel P. Yanchuck, Esq.
Florida Bar No.: 113498
William "Chip" Tieder, Esq.
Florida Bar No.: 63451
YANCHUCK & BLAXBERG, PLLC
2047 Fifth Avenue North
St. Petersburg, FL 33713-8012
Voice: 727.321.3433
Fax: 727.321.3059
Attorneys for Plaintiff